IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                        No. 23-mj-1410-SCY

NATHEN GARLEY,

       Defendant.

**DEFENDANT NATHEN GARLEY'S RESPONSE TO UNITED STATES' EMERGENCY MOTION TO REVOKE**

Defendant Nathen Garley (hereafter "Mr. Garley"), by and through his attorney of record, Assistant Federal Public Defenders Buck Glanz, files this response to the government's emergency motion to revoke his conditions of release. [Doc. 12]. In support of his response, Mr. Garley states:

Mr. Garley does not oppose the government's request to revoke his conditions of release.

                                    Respectfully Submitted,

                                    **FEDERAL PUBLIC DEFENDER**
                                    111 Lomas NW, Suite 501
                                    Albuquerque, NM 87102
                                    (505) 346-2489
                                    buck_glanz@fd.org

                                    *Electronically filed September 29, 2023*
                                    /s/ Buck Glanz
                                    Assistant Federal Public Defender
                                    Attorney for Defendant

                                    /s/ Dennis Candelaria
                                    Assistant Federal Public Defender
                                    Attorney for the Defendant