IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No. 23-CR-1485-WJ |
| v. | ) | |
| **NATHEN RICHARD GARLEY**, | ) | |
| Defendant. | ) | |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR TEMPORARY CUSTODY OF DEFENDANT

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Bernalilllo County Metropolitan Detention Center, Albuquerque, New Mexico, it is:

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Bernalilllo County Metropolitan Detention Center to surrender NATHEN RICHARD GARLEY, to the United States Marshal for the District of New Mexico or its representative in order that the defendant, NATHEN RICHARD GARLEY, may be taken to the Cibola County Detention Center for his arraignment in the prosecution in the above-captioned case before the Honorable Judge Kirtan Khalsa, United States Magistrate Judge for the United States District Court, District of New Mexico, on October 20, 2023, at 9:30 am.

NATHEN RICHARD GARLEY is to be returned to the Bernalillo County Metropolitan Detention Center at the conclusion of the hearing or proceeding for which his attendance is required.

_____
United States Magistrate Judge