IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  Criminal No. 23-CR-1485-WJ |
| | ) |
| vs. | ) |
| | ) |
| **NATHEN RICHARD GARLEY**, | ) |
| | ) |
| Defendant. | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

TO:   Sheriff or Warden of Bernalilllo Metropolitan Detention Center, Albuquerque, New Mexico, and to the United States Marshal or its authorized representative

GREETINGS:

You are hereby commanded to deliver NATHEN RICHARD GARLEY, y/o/b 2002, Offender ID# 100274783, a prisoner in your custody at the Bernalilllo Metropolitan Detention Center, Albuquerque, New Mexico to the United States Marshal for the District of New Mexico, or its representative.

The United States Marshals Service is commanded to produce NATHEN RICHARD GARLEY for an initial appearance on October 20, 2023, at 9:30 am, before the Honorable United States Magistrate Judge Kirtan Khalsa, by taking him to the Cibola County Detention Facility in time for the scheduled hearing.

NATHEN RICHARD GARLEY will be returned to the Bernalillo County Metropolitan Detention Center at the conclusion of the hearing or proceeding for which is appearance is required.

WITNESS the Honorable United States Magistrate Judge Steven C. Yarbrough of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 6th day of October, 2023.

_Elizabeth Hernandez_, for
Mitchell R. Elfers, Clerk of Court

_Steve Yarbrough_
United States Magistrate Judge